894

No. 00–5246. Mathews v. Farcas, Superintendent, Martin Correctional Institution. C. A. 11th Cir. Certiorari denied.

No. 00–5248. Jackson v. Phillips. Sup. Ct. Fla. Certiorari denied.

No. 00–5249. Scheidly v. St. Paul Mercury Insurance Co. C. A. 3d Cir. Certiorari denied.

No. 00–5253. Meek v. Collins, Warden. C. A. 6th Cir. Certiorari denied.

No. 00–5254. Bowens v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–5255. Noel v. Caruso, Warden. C. A. 6th Cir. Certiorari denied.

No. 00–5257. Jose D. v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–5259. Kasi v. Angelone, Director, Virginia Department of Corrections. Sup. Ct. Va. Certiorari denied.

No. 00–5260. Mauney v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–5261. Broughton v. Gramley, Warden, et al. C. A. 7th Cir. Certiorari denied.

No. 00–5262. Booker v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–5264. Branton v. Moore, Secretary, Florida Department of Corrections, et al. Sup. Ct. Fla. Certiorari denied.

No. 00–5265. Jackson v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–5267. Guadalupe Arellano v. Walker, Superintendent, Marion Correctional Institution. C. A. 4th Cir. Certiorari denied.

No. 00–5268. Pugh v. United States. C. A. 11th Cir. Certiorari denied.